IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LYNN HARWELL ANDREWS, AS TRUSTEE FOR THE ESTATE OF THOMAS JACKSON MADDOX AND JOYCE WILKINS MADDOX,<br><br>Plaintiff,<br><br>V.<br><br>MICHEL BENAMAR, a/k/a MICHAEL BENAMA, and CURTIS C. GRISWOLD, Jointly and Individually,<br><br>Defendants. | CASE NO.: 09-10939<br><br>ADVERSARY NO: 11-00002 |

## ANSWER

COMES NOW Defendant, Michel Benamar, by and through his undersigned counsel and files this Answer to Plaintiff's Complaint and states the following:

Defendant denies each and every allegation contained in the Plaintiff's Complaint and demands strict proof thereof.

Defendant specifically denies that he personally guaranteed the loan made the basis of this complaint.

                                                      Respectfully submitted,

                                                      s/ Michael S. McNair
                                                      Michael S. McNair

M. S. McNair, Attorney at Law, P.C.
2151 Government Street
Mobile, AL 36606
(251) 450-0111
(251) 450-0822 fax
msm@mcnair.com

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that on this the 14th day of April 2011, I caused a copy of the foregoing pleading to be served via the ECF Filing System, upon the following:

Gregory B. McAtee
P. O. Box 91717
Mobile, AL 36691-1717

                                          /s/ Michael S. McNair
                                          Michael S. McNair

Case 11-00002   Doc 16   Filed 04/15/11   Entered 04/15/11 07:47:46   Desc Main
Document   Page 2 of 2