IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LYNN HARWELL ANDREWS, AS TRUSTEE FOR THE ESTATE OF THOMAS JACKSON MADDOX AND JOYCE WILKINS MADDOX, </br></br>Plaintiff, </br></br>V. </br></br>MICHEL BENAMAR, a/k/a MICHAEL BENAMA, and CURTIS C. GRISWOLD, Jointly and Individually, </br></br>Defendants. | CASE NO.: 09-10939 </br></br>ADVERSARY NO: 11-00002 |

## MOTION TO WITHDRAW

Comes now Michael S. McNair, Attorney for Defendant, Michel Benamar, and moves this Honorable Court to allow him to withdraw as counsel for the Defendant in this matter, and would show unto this Honorable Court as follows:

Counsel has repeatedly tried to contact Defendant and has been unsuccessful in communicating with the Defendant by letter and telephone.

WHEREFORE, PREMISES CONSIDERED, Counsel ask that this withdraw be granted.

Respectfully submitted,

/s/ Michael S. McNair
MICHAEL S. McNAIR

M. S. McNair, Attorney at Law, P.C.
2151 Government Street
Mobile, AL 36606
251-450-0111
251-450-0822-Facsimile
msm@mcnair.com

CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that on this the 2nd day of June 2011, I caused a copy of the foregoing pleading to be served via the ECF Filing System, upon the following:

Gregory B. McAtee
P. O. Box 91717
Mobile, AL 36691-1717

Michel Benamar
1000 N Green Valley Parkway
Henderson, NV 89072

                                    /s/ Michael S. McNair
                                  Michael S. McNair