UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:
THOMAS JACKSON MADDOX                                   Adv. No. 11-2
JOYCE WILKINS MADDOX
    Debtors
LYNN HARWELL ANDREWS, as Trustee for the estate
of Thomas Jackson Maddox and Joyce Wilkins Maddox

vs.

MICHEL BENAMAR, a/k/a Michael Benamar,
and CURTIS C. GRISWOLD, jointly and individually
    Defendants

## ORDER

The above matter being set for hearing on the 21st day of June, 2011 and based upon testimony of Mr. Jack Maddox and the Exhibits 1-5 offered by the Plaintiff and the proffer of Gregory B. McAtee in reference to reasonable attorney fees in this matter the court does hereby enter Judgment against Mr. Michel Benamar in the amount of $2,765,157.86 with all applicable costs taxed to the Defendant.

Dated:   June 29, 2011

                                                    _____
                                                    MARGARET A. MAHONEY
                                                    CHIEF U.S. BANKRUPTCY JUDGE